# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER, TENNESSEE

| | |
|---|---|
| JONATHAN DAVID MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | JURY DEMAND |
| v. ) | |
| ) | Case No. 4:18-cv-23 |
| HOMESITE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO APPROVE THE SETTLEMENT AND DISTRIBUTION OF FUNDS

Pursuant to the Court's Order of January 14, 2020 (Doc.23), the parties file this Joint Motion to Approve the Settlement and Fees. As evidenced by the Mediator's Report to the Court filed on March 4, 2020 (Doc. 26), this case was resolved at mediation subject to this Court's approval. In the January 14, 2020 Order, the Court reserved ruling on whether it would require proof as to how the settlement was in the Plaintiff's best interest and reserved ruling on the distribution of funds to the Plaintiff, the Guardian *ad litem*, and the Plaintiff's counsel.

The parties participated in mediation with Mediator Terry Fann on March 2, 2020. The settlement reflects what the Plaintiff's attorney and the Guardian *ad litem* both agree is in the Plaintiff's best interests. The Settlement Agreement will be submitted to the Court by email or in any other manner that the Court instructs to maintain the privacy of the Plaintiff.

The Guardian *ad litem* has attached his Declaration and requests that this Court approve his fees in an amount of $2,610.00 to be paid from the settlement funds. A copy of the Declaration of Kerry Knox is attached as Exhibit A. Counsel for the Plaintiff signed an Employment

1

Agreement with the Plaintiff dated August 27, 2017 that allowed for a contingent fee arrangement that included forty percent of the gross amount of any recovery plus payment of all expenses incurred. The Declaration of Sonya S. Wright regarding the fee arrangement and the expenses incurred is attached as Exhibit B. The parties submit that the funds of the Plaintiff should be made payable to his Guardian *ad litem's* IOLTA account to then be disbursed as ordered by this Court.

The Guardian *ad litem* and Plaintiff's Counsel propose to the Court that the Plaintiff's proceeds from the settlement be placed in his checking account which can be done by his father, Larry Montgomery. Mr. Larry Montgomery has been maintaining the account for Plaintiff and has been paying bills for the Plaintiff from this account.

The Defendant agrees with this settlement and requests this Court approve the settlement of this matter.

Therefore, the parties respectfully request this Court enter an Order finding that the settlement is in the best interests of the Plaintiff; that the Guardian *ad litem's* fees in the amount of $2,610.00 are reasonable and appropriate and are approved; that the Plaintiff's fees and expenses in the amount of forty percent of the gross amount of the settlement as well as $389.50 in expenses are reasonable and appropriate and are approved; that all fees and expenses shall be paid out of the settlement proceeds as outlined herein; and that, all proceeds of the Plaintiff are deposited into his checking account.

The parties further request that the Court set a telephonic hearing in this matter to address these issues and discuss any further concerns of the Court.

Respectfully submitted,

/s/ Sonya S. Wright_____
Sonya S. Wright (BPR 023898)
FARRAR | WRIGHT, PLLC
122 N. Church Street
Murfreesboro, TN  37130
(615) 800-4747, telephone
(615) 900-3473, facsimile
sonya@farrarwright.com

*Attorney for the Plaintiff, Jonathan David Montgomery*

/s/ Kreis White _____
Kreis White (BPR 009692)
White & Rhodes, P.C.
Brentwood Commons Two, Suite 275
750 Old Hickory Boulevard
Brentwood, TN 37027
(615) 309-0400 ext 8, telephone
(615) 309-0404, facsimile
KWhite@WhiteRhodes.com

*Attorney for the Defendant, Homesite Insurance Company*

/s/ Kerry Knox_____
Kerry Knox (TN Bar No. 023302)
117 South Academy Street
Murfreesboro, TN 37130
Telephone: (615) 896-1000
Facsimile: (615) 896-1027
kek@castelliknox.com

*Guardian Ad Litem for the Plaintiff, Jonathan David Montgomery*

3