UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JONATHAN DAVID MONTGOMERY,

        Plaintiff,

v.

HOMESITE INSURANCE COMPANY,

        Defendant.

)
)
)
)
)
)
)
)
)

No.:   4:18-cv-23-TAV-SKL

## **ORDER**

The Court has before it the parties' Joint Motion to Approve the Settlement and Distribution of Funds [Doc. 28]. The parties request Court approval of the settlement of Plaintiff's claims and the distribution of the funds pursuant to this Court's Order of January 14, 2020 [Doc. 23].

Based on the record and the parties' representations, the Court finds that the proposed settlement arises out of a dispute with regards to a homeowners' insurance claim, that the Plaintiff and Defendant were vigorously represented by experienced counsel throughout the litigation and settlement process, that the Guardian *Ad Litem* for the Plaintiff participated in the settlement process, and that the terms of the settlement are fair and reasonable under the circumstances.

The parties have filed a motion for approval of settlement and distribution of funds, signed both by Defendant's counsel and Plaintiff's counsel and the Guardian *Ad Litem* for the Plaintiff.

Pursuant to the parties' joint motion and based on the parties' representations and this Court's review of the proposed settlement, the Court hereby **GRANTS** the Joint Motion to Approve the Settlement and Distribution of Funds [Doc. 28].

Accordingly, the settlement agreement as reflected in the document the parties submitted is **APPROVED** and the Guardian *Ad Litem* is **ORDERED** to sign the settlement and release on behalf of the Plaintiff to effectuate this Order.

Further, the Distribution of Funds as outlined in the parties motion is **APPROVED** with the proceeds to be paid to the Guardian *Ad Litem* and to be distributed as follows: (1) payment to the Guardian *Ad Litem* in the amount of $2,610.00; (2) payment to Plaintiff's counsel in the amount of forty percent of the gross settlement as well as expenses in the amount of $389.50; and, (3) all remaining settlement proceeds to be deposited into the Plaintiff's checking account.

There being no other issues remaining in this case, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

2

APPROVED FOR ENTRY:


/s/ Sonya S. Wright_____
Sonya S. Wright (BPR 023898)
FARRAR | WRIGHT, PLLC
122 N. Church Street
Murfreesboro, TN  37130
(615) 800-4747, telephone
(615) 900-3473, facsimile
sonya@farrarwright.com

*Attorney for the Plaintiff*
*Jonathan David Montgomery*


/s/ Kreis White _____
Kreis White (BPR 009692)
White & Rhodes, P.C.
Brentwood Commons Two, Suite 275
750 Old Hickory Boulevard
Brentwood, TN 37027
(615) 309-0400 Ext 8, telephone
(615) 309-0404, facsimile
KWhite@WhiteRhodes.com

*Attorney for the Defendant*
*Homesite Insurance Company*


/s/ Kerry Knox_____
Kerry Knox (TN Bar No. 023302)
117 South Academy Street
Murfreesboro, TN 37130
Telephone: (615) 896-1000
Facsimile: (615) 896-1027
kek@castelliknox.com

*Guardian Ad Litem for the Plaintiff*
*Jonathan David Montgomery*

3